**COM.**

v.

**DINWIDDIE, J.**

418 EDA 2016

Superior Court of Pennsylvania.

08/25/2017

CP–51–CR–0106551–2001
(Philadelphia)

Affirmed

**JP MORGAN CHASE BANK**

v.

**TAGGART, K.**

470 EDA 2016

Superior Court of Pennsylvania.

08/25/2017

No. 03473 July Term 2013
(Philadelphia)

Affirmed

**COM.**

v.

**TOWNSEND, T.**

1515 EDA 2016

Superior Court of Pennsylvania.

08/25/2017

Reargument Denied 10/24/2017

CP–39–CR–0003136–2008
(Lehigh)

Affirmed

**COM.**

v.

**SAMPSON, I.**

1969 EDA 2016

Superior Court of Pennsylvania.

08/25/2017

CP–39–CR–0001082–2011
(Lehigh)

Affirmed